AMENDED

**Fill in this information to identify your case:**

Debtor 1    Matthew Thomas Stinson
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Eastern District of Texas

Case number    24-40755
               (If known)

☑ Check if this is an
  amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $773,422.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $71,762.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $845,184.00 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $790,956.13 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $11,340,965.18 |
| **Your total liabilities** | $12,131,921.31 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $17,560.18 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $19,199.50 |

| Debtor 1 | Matthew Stinson | | | Case number *(if known)* | 24-40755 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1    Matthew Thomas Stinson
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Texas

Case number   24-40755
(if know)

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  1201 West Lamar Street
     Street address, if available, or other description

     _____

     McKinney TX   75069
     City      State    ZIP Code

     Collin County
     County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 1,546,844.00

**Current value of the portion you own?**
$ 773,422.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☑ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................➤   $773,422.00

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor 1  Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number *(if known)* 24-40755

3.1 Make: Toyota

Model: Land Cruiser

Year: 2021

Approximate mileage: 43500

Other information:

Condition:Good; 1 accident and repair (~$16k loss)

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 70,000.00 | $ 35,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................................►

$ 35,000.00

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe...

Do not deduct secured claims or exemptions.

Debtor 1   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number(if known) 24-40755

36" range stove
4 lounge chairs (10 years old, heavily worn) (den)
Grey sectional couch (10 y/o, heavily worn) (living room)
6 gray dining room chairs (20 y/o) (dining room)
2 SMEG Refrigerators
Wood/glass coffee table (den)
Wood console table (entry)
Books and accessories (den)
Rectangular dining table (dining room)
Queen size bed (guest room)
Round wall mirror (entry)
Oval wood tray (entry)
4x tan bar stool (kitchen)
Caramel leather swivel chair (living room)
2 black recliner chairs (play room)
metal high top dining table (outside patio)
Console table (den)
Black floor lamp (den)
black/gray rug (living room)
floor lamp (living room)
bench (play room)
Area rug (den)
Flower vases and decorative accessories (hallway)
metal coffee table (outside patio)
Washer and Dryer
misc accessories (living room)
2 nightstands (master bedroom)
floor lamp (play room)
coffee table (play room)
2 table lamps (bedroom 1)
queen size bed (bedroom 2)
Microwave
2x wood benches (dining room)
area rug (dining room)
2 lamps (bedroom 2)
Desk (bedroom 2)
bench (outside patio)
2 nightstands (guest room)
queen size bed (bedroom 1)
area rug (master bedroom)
6 bar chairs (outside patio)
2 white ottomans (outside patio)
grey couch (play room)
rug (bedroom 1)
4 outdoor chairs (outside patio)
Oak bench (living room)
1 black side table (guest room)
2 nightstands (bedroom 1)
2 nightstands (bedroom 2)
2 lamps (bedroom 2)
Lamp (bedroom 3)
5x8 rug (bedroom 3)
trunk (bedroom 3)
2 chairs (bedroom 3)
black/brass console table (hallway)
small table lamp (hallway)
King size bed (master bedroom)
2 grey lounge chairs (guest room)
2 lamps (master bedroom)
Cookware set (kitchen)
Desk chair (bedroom 2)
Misc bakeware (kitchen)
2x blue table lamp (living room)
White square coffee table (10 y/o) (living room)
2 table lamps (guest room)
2x lamps (dining room)
rug (play room)
small side table (play room)

$ 17,900.00

Case 24-40755   Doc 26   Filed 06/24/24   Entered 06/24/24 21:42:30   Desc Main
Document        Page 6 of 33

AMENDED

Debtor 1 ___Matthew__ __Thomas__ __Stinson___
         First Name   Middle Name   Last Name

Case number(*if known*) _24-40755_

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe...

   | |
   |---|
   | Samsung Television UN46H7150 (manuf. Oct 2014)<br>LG Television OLED55E7P (Manufactured Sept 2017)<br>LG Television 55EC9300 (Manuf. Dec. 2014)<br>iPad Mini (manuf. 2019)<br>Son's iPhone 14 Pro (FMV = $465 but $611 in payments remaining)<br>Daughter's iPhone 14 (FMV = $350 but $466 in payments remaining)<br>Spouse's iPhone 15 Pro (paid off)<br>iMac (2013)<br>Daughter's iPhone 15 (FMV = $410 but $874 in payments remaining)<br>Matt's iPhone 14 (paid off)<br>Samsung television UN60KS8000FXZA (Manuf. May 2016) |

   $ 2,885.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe...

   | |
   |---|
   | Artwork (living room)<br>Artwork (den)<br>Artwork (dining room)<br>Artwork (bedroom 3)<br>Artwork (master bedroom)<br>Artwork (hallway)<br>Artwork (guest bedroom) |

   $ 7,250.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe...

   | |
   |---|
   | Peloton - heavily used. Valuation based on eBay listings.<br>2 pedal bicycles purchased in 2015. |

   $ 700.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe...

    | |
    |---|
    | Benelli Vinci shotgun<br>Beretta A400 shotgun |

    $ 1,077.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | |
    |---|
    | Everyday clothes. Heavily worn, little to no designer clothing.<br>Spouse's clothing |

    $ 2,800.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | |
    |---|
    | Matt's wedding ring<br>Matt's watch (Casio G Shock)<br>Spouse's jewelry |

    $ 2,550.00

Debtor 1  __Matthew Thomas Stinson__
          First Name   Middle Name   Last Name

Case number *(if known)* __24-40755__

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe...

    > Dogs - neutered - 7 and 8 years old

    $ 100.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................➤   $ 35,262.00

---

**Part 4:   Describe Your Financial Assets**

---

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes....................................................................................   Cash ...........................   $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...................   Institution name:

    17.1. Checking account:   Pathward Bank   $ 1,500.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    Name of entity:   % of ownership:
    Roundtree Automotive Group, LLC   _____%   $ 0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

Case 24-40755    Doc 26    Filed 06/24/24    Entered 06/24/24 21:42:30    Desc Main

AMENDED

Debtor 1    Matthew Thomas Stinson

First Name     Middle Name     Last Name

Document     Page 8 of 33

Case number *(if known)* 24-40755

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them...

26. **Patents, copyrights, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | | |
|---|---|---|
| Federal: | $ | 0.00 |
| State: | $ | 0.00 |
| Local: | $ | 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information....

Case 24-40755   Doc 26   Filed 06/24/24   Entered 06/24/24 21:42:30   Desc Main
Document   Page 9 of 33

AMENDED

Debtor 1 _____Matthew Thomas Stinson_____
First Name      Middle Name      Last Name

Case number *(if known)* 24-40755

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................➤  $ 1,500.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................................➤  $ 0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2**...................................................................................................➤  $ 773,422.00

56. **Part 2: Total vehicles, line 5**  $ 35,000.00

57. **Part 3: Total personal and household items, line 15**  $ 35,262.00

58. **Part 4: Total financial assets, line 36**  $ 1,500.00

59. **Part 5: Total business-related property, line 45**  $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**  + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................  $ 71,762.00    Copy personal property total ➤  + $ 71,762.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**  $ 845,184.00

AMENDED

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew Thomas Stinson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern District of Texas | | |
| Case number (If known) | 24-40755 | | |

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1201 West Lamar Street<br>Line from *Schedule A/B*: 1.1 | $ 773,422.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. 41.001, 41.002, 41.003, Tex. Const. Art. 16, § 50  Tex. Const. Art. 16, § 51 |
| Brief description: 2021 Toyota Land Cruiser<br>Line from *Schedule A/B*: 3.1 | $ 35,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(9) |
| Brief description: Household Goods - 36" range stove<br>Line from *Schedule A/B*: 6 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes

Debtor   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number (if known)   24-40755

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Household Goods - 4 lounge chairs (10 years old, heavily worn) (den) Line from *Schedule A/B*: 6 | $3,500.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Grey sectional couch (10 y/o, heavily worn) (living room) Line from *Schedule A/B*: 6 | $1,000.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 6 gray dining room chairs (20 y/o) (dining room) Line from *Schedule A/B*: 6 | $1,200.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 SMEG Refrigerators Line from *Schedule A/B*: 6 | $3,500.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Wood/glass coffee table (den) Line from *Schedule A/B*: 6 | $250.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Wood console table (entry) Line from *Schedule A/B*: 6 | $350.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Books and accessories (den) Line from *Schedule A/B*: 6 | $50.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Rectangular dining table (dining room) Line from *Schedule A/B*: 6 | $350.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Queen size bed (guest room) Line from *Schedule A/B*: 6 | $200.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Round wall mirror (entry) Line from *Schedule A/B*: 6 | $100.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Oval wood tray (entry) Line from *Schedule A/B*: 6 | $25.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 4x tan bar stool (kitchen) Line from *Schedule A/B*: 6 | $750.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number *(if known)* 24-40755

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Caramel leather swivel chair (living room)<br>Line from *Schedule A/B:* 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 black recliner chairs (play room)<br>Line from *Schedule A/B:* 6 | $ 350.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - metal high top dining table (outside patio)<br>Line from *Schedule A/B:* 6 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Console table (den)<br>Line from *Schedule A/B:* 6 | $ 300.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Black floor lamp (den)<br>Line from *Schedule A/B:* 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - black/gray rug (living room)<br>Line from *Schedule A/B:* 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - floor lamp (living room)<br>Line from *Schedule A/B:* 6 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - bench (play room)<br>Line from *Schedule A/B:* 6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Area rug (den)<br>Line from *Schedule A/B:* 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Flower vases and decorative accessories (hallway)<br>Line from *Schedule A/B:* 6 | $ 25.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - metal coffee table (outside patio)<br>Line from *Schedule A/B:* 6 | $ 25.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Washer and Dryer<br>Line from *Schedule A/B:* 6 | $ 350.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor    Matthew Thomas Stinson
First Name    Middle Name    Last Name

Case number (if known)  24-40755

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Household Goods - misc accessories (living room)<br>Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 nightstands (master bedroom)<br>Line from *Schedule A/B*: 6 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - floor lamp (play room)<br>Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - coffee table (play room)<br>Line from *Schedule A/B*: 6 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 table lamps (bedroom 1)<br>Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - queen size bed (bedroom 2)<br>Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Microwave<br>Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2x wood benches (dining room)<br>Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - area rug  (dining room)<br>Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 lamps (bedroom 2)<br>Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Desk  (bedroom 2)<br>Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - bench (outside patio)<br>Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number *(if known)*   24-40755

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - 2 nightstands (guest room) <br> Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - queen size bed (bedroom 1) <br> Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - area rug (master bedroom) <br> Line from *Schedule A/B*: 6 | $ 100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 6 bar chairs (outside patio) <br> Line from *Schedule A/B*: 6 | $ 100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 white ottomans (outside patio) <br> Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - grey couch (play room) <br> Line from *Schedule A/B*: 6 | $ 200.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - rug (bedroom 1) <br> Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 4 outdoor chairs (outside patio) <br> Line from *Schedule A/B*: 6 | $ 250.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Oak bench  (living room) <br> Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 1 black side table (guest room) <br> Line from *Schedule A/B*: 6 | $ 50.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 nightstands (bedroom 1) <br> Line from *Schedule A/B*: 6 | $ 150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 nightstands (bedroom 2) <br> Line from *Schedule A/B*: 6 | $ 100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor   Matthew Thomas Stinson
         First Name   Middle Name   Last Name

Case number *(if known)* 24-40755

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - 2 lamps (bedroom 2)<br>Line from *Schedule A/B*:  6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Lamp (bedroom 3)<br>Line from *Schedule A/B*:  6 | $ 20.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 5x8 rug (bedroom 3)<br>Line from *Schedule A/B*:  6 | $ 25.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - trunk (bedroom 3)<br>Line from *Schedule A/B*:  6 | $ 10.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 chairs (bedroom 3)<br>Line from *Schedule A/B*:  6 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - black/brass console table (hallway)<br>Line from *Schedule A/B*:  6 | $ 75.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - small table lamp (hallway)<br>Line from *Schedule A/B*:  6 | $ 25.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - King size bed (master bedroom)<br>Line from *Schedule A/B*:  6 | $ 350.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 grey lounge chairs (guest room)<br>Line from *Schedule A/B*:  6 | $ 200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 lamps (master bedroom)<br>Line from *Schedule A/B*:  6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Cookware set (kitchen)<br>Line from *Schedule A/B*:  6 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - Desk chair (bedroom 2)<br>Line from *Schedule A/B*:  6 | $ 25.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number (if known) 24-40755

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Household Goods - Misc bakeware (kitchen) <br> Line from *Schedule A/B:* 6 | $50.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2x blue table lamp (living room) <br> Line from *Schedule A/B:* 6 | $100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - White square coffee table (10 y/o) (living room) <br> Line from *Schedule A/B:* 6 | $150.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2 table lamps (guest room) <br> Line from *Schedule A/B:* 6 | $20.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - 2x lamps (dining room) <br> Line from *Schedule A/B:* 6 | $50.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - rug (play room) <br> Line from *Schedule A/B:* 6 | $25.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Household Goods - small side table (play room) <br> Line from *Schedule A/B:* 6 | $50.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - Samsung Television UN46H7150 (manuf. Oct 2014) <br> Line from *Schedule A/B:* 7 | $100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - LG Television OLED55E7P (Manufactured Sept 2017) <br> Line from *Schedule A/B:* 7 | $100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - LG Television 55EC9300 (Manuf. Dec. 2014) <br> Line from *Schedule A/B:* 7 | $100.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - iPad Mini (manuf. 2019) <br> Line from *Schedule A/B:* 7 | $60.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - Son's iPhone 14 Pro (FMV = $465 but $611 in payments remaining) <br> Line from *Schedule A/B:* 7 | $465.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor    Matthew Thomas Stinson
_____
First Name    Middle Name    Last Name

Case number *(if known)* 24-40755

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - Daughter's iPhone 14 (FMV = $350 but $466 in payments remaining) Line from *Schedule A/B*: 7 | $350.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - Spouse's iPhone 15 Pro (paid off) Line from *Schedule A/B*: 7 | $675.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - iMac (2013) Line from *Schedule A/B*: 7 | $175.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - Daughter's iPhone 15 (FMV = $410 but $874 in payments remaining) Line from *Schedule A/B*: 7 | $410.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - Matt's iPhone 14 (paid off) Line from *Schedule A/B*: 7 | $350.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Electronics - Samsung television UN60KS8000FXZA (Manuf. May 2016) Line from *Schedule A/B*: 7 | $100.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Collectibles Of Value - Artwork (living room) Line from *Schedule A/B*: 8 | $2,000.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Collectibles Of Value - Artwork (den) Line from *Schedule A/B*: 8 | $1,500.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Collectibles Of Value - Artwork (dining room) Line from *Schedule A/B*: 8 | $1,000.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Collectibles Of Value - Artwork (bedroom 3) Line from *Schedule A/B*: 8 | $250.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Collectibles Of Value - Artwork (master bedroom) Line from *Schedule A/B*: 8 | $1,000.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Collectibles Of Value - Artwork (hallway) Line from *Schedule A/B*: 8 | $500.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |

Debtor   Matthew Thomas Stinson
         First Name    Middle Name    Last Name

Case number *(if known)* 24-40755

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Collectibles Of Value - Artwork (guest bedroom)<br><br>Line from *Schedule A/B*: 8 | $ 1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Sports & Hobby Equipment - Peloton - heavily used. Valuation based on eBay listings.<br><br>Line from *Schedule A/B*: 9 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description: Sports & Hobby Equipment - 2 pedal bicycles purchased in 2015.<br><br>Line from *Schedule A/B*: 9 | $ 200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description: Firearms - Benelli Vinci shotgun<br><br>Line from *Schedule A/B*: 10 | $ 557.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(7) |
| Brief description: Firearms - Beretta A400 shotgun<br><br>Line from *Schedule A/B*: 10 | $ 520.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(7) |
| Brief description: Clothing - Everyday clothes. Heavily worn, little to no designer clothing.<br><br>Line from *Schedule A/B*: 11 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Clothing - Spouse's clothing<br><br>Line from *Schedule A/B*: 11 | $ 2,700.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.001(a), (d), 42.002 |
| Brief description: Jewelry - Matt's wedding ring<br><br>Line from *Schedule A/B*: 12 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Jewelry - Matt's watch (Casio G Shock)<br><br>Line from *Schedule A/B*: 12 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Jewelry - Spouse's jewelry<br><br>Line from *Schedule A/B*: 12 | $ 2,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Pet(s) - Dogs - neutered - 7 and 8 years old<br><br>Line from *Schedule A/B*: 13 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(10),(11) |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

AMENDED

**Fill in this information to identify your case:**

Debtor 1    Matthew Thomas Stinson
            First Name      Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name           Last Name

United States Bankruptcy Court for the:  Eastern District of Texas

Case number    24-40755
(if know)

☑ Check if this is
  an amended
  filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes. In which community state or territory did you live?  TX___ .  Fill in the name and current address of that person.

      Nicole Stinson
      Name of your spouse, former spouse, or legal equivalent

      1201 West Lamar Street
      Number         Street

      McKinney                              TX     75069
      City                            State   ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** Nicole Stinson<br>Name<br>1201 West Lamar Street<br>Street<br>McKinney     TX    75069<br>City         State   ZIP Code | ☑ Schedule D, line  2.1<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line  ____ |
| **3.2** Frank and Brenda Stinson<br>Name<br>10277 Ellerbe Road<br>Street<br>Shreveport     LA    71106<br>City         State   ZIP Code | ☐ Schedule D, line  ____<br>☑ Schedule E/F, line  4.2<br>☐ Schedule G, line  ____ |

Debtor Matthew Thomas Simons

First Name    Middle Name    Last Name

Case 24-40755    Doc 26    Filed 06/24/24    Entered 06/24/24 21:42:30    Desc Main

Document    Page 20 of 33

Case number (if known) 24-40755

AMENDED

| 3.3 | Nicole Stinson | | ☑ Schedule D, line 2.2 |
| | Name | | ☐ Schedule E/F, line _____ |
| | 1201 West Lamar Street | | ☐ Schedule G, line _____ |
| | Street | | |
| | McKinney | TX | 75069 |
| | City | State | ZIP Code |

**Fill in this information to identify your case:**

Debtor 1        Matthew Thomas Stinson
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Texas

Case number    24-40755
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job,
   attach a separate page with
   information about additional
   employers.

   Include part-time, seasonal, or
   self-employed work.

   Occupation may include student
   or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | Consultant | Owner |
| **Employer's name** | Shift Automotive Services LLC | Shift Automotive Services LLC |
| **Employer's address** | 1201 West Lamar Street<br>Number    Street | 1201 West Lamar Street<br>Number    Street |
| | McKinney, TX 75069<br>City    State    ZIP Code | McKinney, TX 75069<br>City    State    ZIP Code |
| **How long employed there?** | 3 years | 3 years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 10,000.00 | $ 14,109.76 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 10,000.00 | $ 14,109.76 |

Debtor 1  Matthew Thomas Stinson
First Name    Middle Name    Last Name

Case number (if known)  24-40755

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 10,000.00 | $ 14,109.76 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 2,767.00 | $ 3,025.52 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 757.06 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $ 0.00 | + $ 0.00 |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,767.00 | $ 3,782.58 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 7,233.00 | $ 10,327.18 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. + | $ 0.00 | + $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |

| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 7,233.00 | + | $ 10,327.18 | = | $ 17,560.18 |
|---|---|---|---|---|---|---|

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $ _____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12.  $ 17,560.18

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Debtor 1 _____

First Name          Middle Name          Last Name

Matthew Thomas Stinson

Case number (if known)_____

24-40755

## **Continuation Sheet for Official Form 106I**

1. Describe Employment:

Debtor: Non-Filing Spouse

Occupation: Art Teacher (part time)

Name of Employer: Trinity Christian Academy

Employer's Address: 17001 Addison Road, Addison, TX 75001

Length of Employment: 4 years

-------

AMENDED

**Fill in this information to identify your case:**

Debtor 1          Matthew Thomas Stinson
                  _____
                  First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  _____
                     First Name      Middle Name        Last Name

United States Bankruptcy Court for the:  Eastern District of Texas

Case number          24-40755
(if know)            _____

☑ Check if this is
an amended
filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ **Married**
☐ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 3528 Marquette Street | From 05/2015 | | From _____ |
| Number        Street | To 12/2021 | _____ | To _____ |
| Dallas TX     75225 | | Number      Street | |
| City    State   ZIP Code | | City    State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2:     Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ **No**
☑ **Yes. Fill in the details.**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 30,000.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor _____Matthew Thomas Stinson_____   Case number(if known) 24-40755
First Name      Middle Name      Last Name

| | | |
|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2023 ) | ☑ Wages, commissions, bonuses, tips $ 120,000.00 ☐ Operating a business | ☐ Wages, commissions, bonuses, tips $ _____ ☐ Operating a business |
| **For the calendar year before that:** (January 1 to December 31, 2022 ) | ☑ Wages, commissions, bonuses, tips $ 180,000.00 ☐ Operating a business | ☐ Wages, commissions, bonuses, tips $ _____ ☐ Operating a business |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

---

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

Case 24-40755   Doc 26   Filed 06/24/24   Entered 06/24/24 21:42:30   Desc Main
Document   Page 26 of 33

AMENDED

Debtor   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number(if known) 24-40755

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>Shettie Banks Blue v. Ed Morse Automotive LLC et al<br>Case number: CC-19-01925-B | Automobile claim; Date filed: 01/01/2019 | Dallas County Court at Law No. 2<br>Court Name<br>600 Commerce St.<br>Number     Street<br>Dallas TX     75202<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title:<br>City of Long Beach v Long Beach N Property et al<br>Case number: 20LBCV00356 | Breach of Lease; Date filed: 10/07/2020 | Superior Court of California, LA<br>Court Name<br>275 Magnolia Avenue<br>Number     Street<br>Long Beach CA     90802<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title:<br>CAR ROU LA KIA L.L.C. v. Matthew Stinson et al.<br>Case number: 2020-00092 | Judgment on 7-14-2023 - $6,533,508.20; Date filed: 01/02/2020 | Fairfax County Circuit Court<br>Court Name<br>4110 Chain Bridge Rd.<br>Number     Street<br>Fairfax VA     22030<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title:<br>CAR ROU LA KIA, LLC v. Matthew Stinson et al<br>Case number: 2022-11293 | Breach of lease and guarantee; Date filed: 08/18/2022 | Fairfax County Circuit Court<br>Court Name<br>4110 Chain Bridge Rd.<br>Number     Street<br>Fairfax VA     22030<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title:<br>Roundtree Automotive Group, LLC v. Matthew Stinson et al<br>Case number: DC-19-09051 | Breach of contract; Date filed: 06/25/2019 | 192nd District Court - Dallas County<br>Court Name<br>600 Commerce St., Suite 101<br>Number     Street<br>Dallas TX     75202<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title:<br>Ally Financial, Inc. v. Roundtree Automotive Group, LLC et al<br>Case number: 3:21-cv-01092 | Breach of contract; Date filed: 05/13/2021 | U.S. District Court, Northern Dist. of TX<br>Court Name<br>1100 Commerce St., Room 1452<br>Number     Street<br>Dallas TX     75242<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**10.Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details

**12.Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

Case 24-40755    Doc 26    Filed 06/24/24    Entered 06/24/24 21:42:30    Desc Main
Document    Page 27 of 33

AMENDED

Debtor    Matthew Thomas Stinson
First Name    Middle Name    Last Name

Case number *(if known)* 24-40755

- ☑ No
- ☐ Yes. Fill in the details for each gift.

**14.Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---------|---------------------|

**15.Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---------|------------------------------------|

**16.Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☑ No
- ☐ Yes. Fill in the details.

**17.Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

**18.Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

- ☑ No
- ☐ Yes. Fill in the details.

**19.Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**(These are often called asset-protection devices.)

- ☑ No
- ☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---------|-----------------------------------------------------------------------------------|

**20.Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☑ No
- ☐ Yes. Fill in the details.

**21.Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☑ No
- ☐ Yes. Fill in the details.

**22.Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- ☑ No
- ☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---------|-------------------------------------------------------|

Debtor   Matthew Thomas Stinson
First Name   Middle Name   Last Name

Case number *(if known)* 24-40755

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor   Matthew Thomas Stinson
First Name    Middle Name    Last Name

Case number *(if known)* 24-40755

---

| Part 12: | Sign Below |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**✖** /s/ Matthew Thomas Stinson _____    **✖** _____
Signature of Debtor 1                                    Signature of Debtor 2

Date  06/24/2024                                         Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

AMENDED

---

**Fill in this information to identify your case:**

Debtor 1    Matthew Thomas Stinson
          _____
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
          First Name          Middle Name          Last Name

United States Bankruptcy Court for the  Eastern District of Texas

Case number    24-40755
(If known)     _____

☑ Check if this is an
   amended filing

---

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Matthew Thomas Stinson_____          ✖ _____
Signature of Debtor 1                              Signature of Debtor 2

Date  06/24/2024_____                            Date _____
      MM / DD / YYYY                                     MM / DD / YYYY

B2030 (Form 2030) (12/15)                                                    AMENDED

# United States Bankruptcy Court

_____
Eastern District of Texas

**In re** Matthew Thomas Stinson

Case No. _24-40755_____

**Debtor**

Chapter _7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _8,500.00_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ _8,500.00_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _0.00_____

[ ] <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [ ] Debtor          [✔] Other (specify)  Shift Automotive Services, LLC

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Firm's services to the Debtor end after the section 341 meeting of creditors.

AMENDED

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/24/2024                                    /s/ Robert Rowe, 24086253
_____                       _____

*Date*                                        *Signature of Attorney*

                                              Carrington, Coleman, Sloman, & Blumenthal, L.L.P.
                                              _____

                                              *Name of law firm*
                                              901 Main St.
                                              Ste. 5500
                                              Dallas, TX 75202