<p style="text-align:center; color:red"><strong>EXHIBIT A</strong></p>

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | |
| **Matthew T. Stinson** | **Case No.:**   **24-40755-BTR** |
| **Debtor.** | **Chapter:**   **7** |

## DECLARATION OF MATTHEW T. STINSON

I, Matthew T. Stinson, hereby declare under penalty of perjury as follows:

1.      I am the Debtor in the above styled and numbered case. I am over the age of 18 and authorized to submit this Declaration in support of my Partial Motion to Strike and Response to Car Rou La Kia, LLC's Objections to Debtor's Claimed Exemptions being filed concurrently with this Declaration.

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge.  If called as a witness, I could and would testify competently to the facts set forth in this Declaration.

3.      On or around May 30, 2013, I purchased the real property at 3528 Marquette St., Dallas, Texas 75225 ("Marquette").  A true and correct copy of the warranty deed conveying Marquette to me is attached hereto as **Exhibit A-1** and incorporated herein for all purposes.  My wife and I have four children together all of whom are still minors. At the time of the purchase, my family and I resided at 3452 Amherst Avenue, Dallas, Texas 75225 ("Amherst").  Amherst was purchased in Summer 2009 and was our sole and permanent residence and homestead at the time.

4.      From 2013-2015 we built the house on Marquette.  The work was not completed until the beginning of 2015.  Once it was finished, we moved into Marquette in April 2015 and sold Amherst.  We put the equity we had built up in Amherst into Marquette.  From on or around April 15, 2015 until June 30, 2021, my family and I lived at Marquette and used it as our sole, permanent residence and homestead without interruption.

5.      Due to litigation I had been entangled in for several years, by 2021 my family and I needed to downsize our living situation to cut costs.  We sold Marquette to MGC I Holdings, LLC.  Neither my wife nor I have any affiliation with or ownership interest in the company nor do we have any relationship with any person(s) affiliated with that company.  On June 30, 2021, we closed on the sale of Marquette to MGC I Holdings, LLC.  A true and correct copy of the deed reflecting this conveyance is attached hereto as **Exhibit A-2**.  A true and correct copy of the Settlement Statement reflecting the sale price and distribution of proceeds is attached hereto as **Exhibit A-3**.  After the sale, we continued to live at Marquette and use it as our homestead.

6.      On July 1, 2021, my wife and I closed on the purchase of our current home, 1201 W. Lamar St., McKinney, Texas 75069 ("Lamar").  A true and correct copy of the deed conveying Lamar to us is attached hereto as **Exhibit A-4** and incorporated herein for all purposes.  A true and correct copy of the Closing Disclosure for this purchase is attached hereto as **Exhibit A-5** and incorporated herein for all purposes.  We used $785,662.00 in proceeds from the Marquette sale to apply towards the purchase of Lamar and we took out a mortgage for the remainder of the Lamar purchase price.  In the six months following the closing on Lamar, we spent a significant amount on renovations to Lamar including foundation repair, plumbing and HVAC work, replacing flooring and various fixtures, paving, landscaping, and irrigation systems work.

7.      When we sold Marquette, its fair market value was approximately $3.5 million. The fair market value of Lamar, the house we moved into from Marquette, was approximately $1.55 million.  This was a necessary downgrade due to the loss of my business and career with Roundtree Automotive Group at the end of 2018, my subsequent layoff from Caliber Collision Centers in March 2020, and the continued, exhaustive, and expensive litigation with CARS and other creditors.

8.      My 2021 Toyota Land Cruiser was in a significant highway accident in April of 2022.  Photographs of the accident are attached hereto as **Exhibit A-6** and incorporated herein for all purposes.  The accident was an estimated $16,000.00 loss and repairs took two weeks. Attached hereto as **Exhibit A-7** and incorporated herein for all purposes is a true and correct copy of the damage estimate.  I decided on $70,000.00 as the fair market value for the Land Cruiser based on a Kelley Blue Book estimate for a 2021 Land Cruiser with identical mileage in "good" condition, then I accounted for the collision damage, the stigma buyers typically have against vehicles that were in accidents, and the significant wear and tear from using the vehicle every day. Attached hereto as **Exhibit A-8** and incorporated herein for all purposes is a diminished value estimation I obtained as part of my process in appraising the vehicle.

9.      Many of our furnishings have been acquired over the last 15 years and are from moderately priced retail outlets (e.g., from Ikea, CB2, Crate and Barrel, or similar retail stores). The few more expensive pieces of furniture we own were gifted to us and are all at least 10 years, and in some cases 20 years old. The electronics in the house are also old or heavily used, as shown in the Amended Schedules.  Our Peloton machine is also heavily used and my estimated valuation is in line with the prices on "for sale" listings for identical Peloton machines I found online.  A true and correct copy of one such listing is attached hereto as **Exhibit A-9** and

incorporated herein for all purposes.  I reached my valuations for my two firearms in similar fashion, by searching for resale price estimates online for the exact models of firearms I own.

10.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 29, 2024.

*Matthew T. Stinson*
Matthew T. Stinson



**ELECTRONICALLY RECORDED  201300169281**
**05/31/2013 12:06:02 PM DEED  1/3**

*BTC#13251*

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

<u>GENERAL WARRANTY DEED WITH VENDOR'S LIEN</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF DALLAS | § | |

THAT, **Stillwater General Contractors, LLC, a Texas limited liability company** ("<u>Grantor</u>"), whose address, **100 Highland Park Village, Suite 200, Dallas, TX 75205**, is for and in consideration of the sum of $10.00 cash in hand paid by **Matthew Stinson** ("<u>Grantee</u>"), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by Grantor, and the further consideration of the execution and delivery of one certain promissory note of even date herewith in the original principal sum of **$600,000.00**, payable to the order **JPMorgan Chase Bank, NA**, whose address is **Dallas Private Client Services LPO, 2200 Ross Avenue, Floor 7, Dallas, TX 75201**, on terms and conditions therein stated; the payment of which is hereby secured by the vendor's lien retained, and is additionally secured by  Deed of Trust of even date herewith to **Randall B. Durant, Trustee**, has GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY unto Grantees, that certain tract of real property situated in **Dallas** County, Texas, and described in <u>Exhibit A</u> attached hereto and made a part hereof for all purposes, together with all improvements thereon and all and singular the rights, privileges, hereditaments, and appurtenances pertaining to such real property (the "<u>Property</u>").

TO HAVE AND TO HOLD the Property, together with, all and singular, the rights and appurtenances thereto in anywise belonging, to Grantees and Grantees' successors and assigns forever.  Grantor does hereby bind Grantor and Grantor's successors and assigns to warrant and forever defend, all and singular, the Property unto Grantees and Grantees' successors and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof.

EXECUTED to be effective the $30$ day of May, 2013.


**Stillwater General Contractors, LLC**

By: _____
**Rich Coady, its Manager**


THE STATE OF TEXAS       §

                                 §

COUNTY OF DALLAS      §

This instrument was acknowledged before me on this $30$ day of May, 2013, **Rich Coady,** *Manager*
*of Stillwater General Contractors, LLC.*

_____
NOTARY PUBLIC



BRITTANY LUCAS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
06-13-2016


**AFTER RECORDING PLEASE RETURN TO:**
**Matthew Stinson**
**3528 Marquette Street**
**University Park, TX 75225**

## EXHIBIT A

Being Lot 9, in Block 55, of FIFTH SECTION OF UNIVERSITY HEIGHTS, an Addition to the City of University Park, Dallas County, Texas, according to the Map thereof recorded in Volume 7, Page 123, of the Map Records of Dallas County, Texas.

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
05/31/2013 12:06:02 PM
$24.00
201300169281



**EXHIBIT**

**A-2**

GF#190373-11 / MBL Title

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON,
YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING
INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN
REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:
YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED WITH VENDOR'S LIEN

**STATE OF TEXAS**
**COUNTY OF Dallas**

That Matthew T. Stinson and Nicole Stinson, hereinafter referred to as "Grantor", for and
in consideration of the sum of $10.00 in hand paid by MGC I Holdings, LLC and or Assigns,
whose address is 3963 Maple Avenue #400, Dallas, TX 75219 hereinafter referred to collectively
as "Grantee", and other good and valuable consideration, the receipt of which is hereby
acknowledged by Grantor, and the further consideration of the execution and delivery of that
certain promissory note of even date herewith in the original principal sum of $2,500,000.00 (the
"Note"), payable to the order of PLAINSCAPITAL BANK ("Lender"), on terms and conditions
therein stated; the payment of which Note is hereby secured by the Vendor's Lien herein
retained, and is additionally secured by the certain Deed of Trust also of even date herewith to
Darrell G. Adams, Trustee, for the benefit of Lender, has GRANTED, BARGAINED, SOLD
AND CONVEYED, and by these presents does GRANT, BARGAIN SELL and CONVEY unto
Grantee, that certain tract of real property situated in Dallas County, Texas, described as:

**Being Lot 9, Block 55, of FIFTH SECTION OF UNIVERSITY HEIGHTS, an Addition to
the City of University Park, Dallas County, Texas, according to the Map thereof recorded
in Volume 7, Page 123, of the Map Records of Dallas County, Texas.**

Exceptions to Conveyance and Warranty:

THIS conveyance is made and accepted subject validly existing restrictive covenants
common to the platted subdivision in which the Property is located; standby fees, taxes, and
assessments by any taxing authority for the year 2021 and subsequent years, and subsequent taxes
and assessments by any taxing authority for prior years due to change in land usage or ownership;
validly existing utility easements created by the dedication deed or plat of the subdivision in
which the Property is located; any discrepancies, conflicts, or shortages in area or boundary lines,
or any encroachments or protrusions, or any overlapping of improvements; homestead or
community property or survivorship rights, if any, of any spouse of Grantee; and any validly

existing titles or rights asserted by anyone, including but not limited to persons, the public, corporations, governments, or other entities, to (1) tidelands or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs, or oceans, (2) lands beyond the line of the harbor or bulkhead lines as established or changed by any government, (3) filled-in lands or artificial islands, (4) water rights, including riparian rights, or (5) the area extending from the line of mean low tide to the line of vegetation or the right of access to that area or easement along and across that area.

TO HAVE AND TO HOLD the above described Property subject to the Permitted Exceptions, together with all the rights and appurtenances lawfully accompanying it, by the Grantee, Grantee's heirs, executors, administrators, successors, and assigns forever; and Grantor does hereby bind Grantor, Grantor's successors and assigns to WARRANT AND FOREVER DEFEND the Property unto the said Grantee, Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever claiming or to claim the same or any part thereof, and subject only to the Permitted Exceptions.

BUT IS EXPRESSLY AGREED that the vendor's lien, as well as superior title in and to the above-described Property, is retained for the benefit of Lender until the Note and all interest thereon are fully paid according to the face, tenor, effect, and reading thereof, when this Deed shall become absolute. Lender, at the instance and request of the Grantee herein, having advanced and paid in cash to the Grantor herein that portion of the purchase price of the Property as is evidenced by the hereinabove described Note, the vendor's lien, together with the superior title to the property, is retained herein for the benefit of said Lender and the same are hereby TRANSFERRED AND ASSIGNED to said Lender, its successors and assigns.

Current ad valorem taxes on the Property have been prorated for the year 2021, and the payment thereof for 2021 and subsequent years is hereby assumed by Grantee.

EXECUTED to be effective the 30th of June, 2021.

*THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK*

GRANTOR:

_Matthew T. Stinson_

Matthew T. Stinson

_Nicole Stinson_

Nicole Stinson

STATE OF TEXAS                )

COUNTY OF Dallas            )

This instrument was acknowledged before me on June 30, 2021            , by
Matthew T. Stinson and Nicole Stinson.

Notary Public, State of Texas

My commission expires: 01-26-2025

JULIA MORONES
Notary Public, State of Texas
Comm. Expires 01-26-2025
Notary ID 132887517

*After Recording Return to:*

**MGC I Holdings, LLC and and or Assigns**
**3963 Maple Avenue**
**#400**
**Dallas, Texas, 75219**

2021-202100206561 07/12/2021 12:49 PM Page 4 of 4

## Dallas County
## John F. Warren
### Dallas County Clerk

---

**Instrument Number:**  202100206561

eRecording – Real Property

Recorded On: July 12, 2021 12:49 PM                    Number of Pages: 4

---

### " Examined and Charged as Follows: "

Total Recording: $34.00

---

### *********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                  **Record and Return To:**

Document Number:      202100206561                     CSC Global

Receipt Number:       20210712000823

Recorded Date/Time:   July 12, 2021 12:49 PM

User:                 Lynn G

Station:              CC18

---



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX

**EXHIBIT A-3**

A. Settlement Statement    U.S. Department of Housing    OMB No. 2502-0265
and Urban Development

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
| 4. ☐ VA   5. ☒ Conv Ins.   6. ☐ Seller Finance | 190373-11 | 3392572-100 | |
| 7. ☐ Cash Sale. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| MGC I Holdings, LLC | Matthew T Stinson and Nicole Stinson | PLAINSCAPITAL BANK |
| | 3528 Marquette Street | 18111 PRESTON RD., STE 110 |
| See Addendum | Dallas, TX 75225 | DALLAS , TX 75252 |

| G. Property Location | H. Settlement Agent Name | |
|---|---|---|
| | MBL Title | |
| Lot 9, Block 55, in UNIVERSITY HEIGHTS, a subdivision in Dallas | 5728 Lyndon B. Johnson Freeway | |
| County, TX | Suite 150 | |
| 3528 Marquette Street | Dallas , TX 75240   Tax ID: 47-1016192 | |
| Dallas, TX 75225 | Underwritten By: Old Republic | |
| | Place of Settlement | I. Settlement Date |
| | MBL Title | 6/30/2021 |
| | 5728 Lyndon B. Johnson Freeway | Fund: 6/30/2021 |
| | Suite 150 | |
| | Dallas, TX 75240 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | $3,495,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. Assessment Taxes | | 408. Assessment Taxes | |
| 109. School property taxes | | 409. School property taxes | |
| 110. MUD taxes | | 410. MUD taxes | |
| 111. Other taxes | | 411. Other taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due to Seller** | $3,495,000.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $191,888.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of First Mortgage Loan    to    CHASE | $2,075,896.64 |
| 205. | | 505. Payoff of Lis Pendens    to | $172,220.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City property taxes | | 510. City property taxes | |
| 211. County property taxes    01/01/21 thru 06/30/21 | | 511. County property taxes    01/01/21 thru 06/30/21 | $25,991.42 |
| 212. Assessment Taxes | | 512. Assessment Taxes | |
| 213. School property taxes | | 513. School property taxes | |
| 214. MUD taxes | | 514. MUD taxes | |
| 215. Other taxes | | 515. Other taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reduction Amount Due Seller** | $2,465,996.06 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | | 601. Gross Amount due to seller (line 420) | $3,495,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amt. due seller (line 520) | $2,465,996.06 |
| **303. Cash From Borrower** | | **603. Cash To Seller** | $1,029,003.94 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate. • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | $3,495,000.00 | @5 % = $174,750.00 | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $69,900.00 | to | Compass RE Texas LLC | | |
| 702. $104,850.00 | to | Allie Beth Allman & Associates | | |
| 703. Commission Paid at Settlement | | | | $174,750.00 |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Loan Origination Fee    0.5% | to | PLAINSCAPITAL BANK | | |
| 802. Loan Discount    % | to | | | |
| 803. Appraisal Fee | to | PLAINSCAPITAL BANK | | |
| 804. Flood Certification | to | PLAINSCAPITAL BANK | | |
| 805. Attorney Fee | to | McWhorter, Cobb & Johnson, L.L.P. | | |
| 806. Mortgage Insurance Application | to | | | |
| 807. Assumption Fee | to | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | |
| 901. Interest from    6/30/2021    to    7/1/2021 @ $0/day | | | | |
| 902. Mortgage Insurance Premium for  months    to | | | | |
| 903. Hazard Insurance Premium for  years    to | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard insurance | months @ | per month | | |
| 1002. Mortgage insurance | months @ | per month | | |
| 1003. City property taxes | months @ | per month | | |
| 1004. County property taxes | months @    $4,367.80 | per month | | |
| 1005. Assessment Taxes | months @ | per month | | |
| 1006. School property taxes | months @ | per month | | |
| 1007. MUD taxes | months @ | per month | | |
| 1008. Other taxes | months @ | per month | | |
| 1011. Aggregate Adjustment | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee | to | MBL Title | | $375.00 |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | BakerLopez PLLC | | $150.00 |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items numbers: | | ) | | |
| 1108. Title insurance | to | MBL Title | | $16,378.00 |
| (includes above items numbers: | | ) | | |
| 1109. Lender's coverage | $2,500,000.00/$753.50 | | | |
| 1110. Owner's coverage | $3,495,000.00/$17,196.90 | | | |
| 1111.  State of Texas Policy Guaranty Fee | to | Texas Title Insurance Guaranty Association | | $2.00 |
| 1112.  Tax Certificate | to | Lawyers Tax Ltd. | | $45.00 |
| 1113.  $85 of Title Premium | to | Old Republic National Title Insurance Company (PC) | | |
| 1114.  T1R Survey Amendment | to | MBL Title | | |
| 1115.  Tax Deletion (LTP/Binder) | to | MBL Title | | |
| 1116.  Tax Amendment (LTP/Binder) | to | MBL Title | | |
| 1117.  MSD MTP T-19.2 End | to | MBL Title | | |
| 1118.  Environmental Protection Lien | to | MBL Title | | |
| 1119.  T19 Res. Endorsement | to | MBL Title | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201.  Recording Fees    Deed $34.00 ; Mortgage $114.00 ; Rel $30.00 | to MBL Title Recording Account | | | $30.00 |
| 1202.  City/county tax/stamps    Deed ; Mortgage | to | | | |
| 1203.  State tax/stamps    Deed ; Mortgage | to | | | |
| 1204.  Recording Fees - Deed | to | MBL Title Recording Account | | $150.00 |
| 1205.  E-Recording Fee | to | MBL Title Recording Account | | $8.00 |
| **1300. Additional Settlement Charges** | | | | |
| 1301.  Survey | to | | | |
| 1302.  Home Warranty | to | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | $191,888.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.  I have caused the funds to be disbursed in accordance with this statement.

_____   Matthew T. Stinson

_____   _____   Nicole Stinson
Settlement Agent                  Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see: Title 18 U.S. Code Section 1001 and Section 1010.

EXHIBIT
A-4

Case 24-40755   Doc 34-1   Filed 07/29/24   Entered 07/29/24 15:30:20   Desc Exhibit
A - Declaration of Matthew T. Stinson   Page 15 of 41
20210823001702400   08/23/2021 02:26:09 PM D1  1/2

Allegiance Title GF # 21120656B-ALMK

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU
MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM
ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT
IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER
OR YOUR DRIVER'S LICENSE NUMBER.

## General Warranty Deed with Vendor's Lien

Date: July 1, 2021

Grantor: Bryan T. Masters and Rebecca C. Masters, husband and wife

Grantor's Mailing Address: _605 N. Morris St.  McKinney, TX 75069_

Grantee: Nicole Stinson and Matthew Stinson, wife and husband

Grantee's Mailing Address: 1201 West Lamar Street, McKinney, TX 75069

Consideration: Cash and a note of even date executed by Grantee and payable to the order of City
Bank dba City Bank Mortgage ("Lender"), in the principal amount of _Seven Hundred Sixty Five
Thousand and 00/100 Dollars ($765,000.00). The note is secured by a first and superior vendor's
lien and superior title retained in this deed in favor of Lender, and by a first lien deed of trust of
even date from Grantee to Allan B. Polunsky, Trustee.

Property (including any improvements):

> Being Lot 1, Block A, of MASTERS ADDITION, an addition to the City of
> McKinney, Collin County, Texas, according to the plat recorded in Volume 2012,
> Page 115 of the Map Records of Collin County, Texas.

Reservations from Conveyance: None.

Exceptions to Conveyance and Warranty: Liens described as part of the Consideration and any
other liens described in this deed as being either assumed or subject to which title is taken; validly
existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently
recorded and validly existing instruments, other than conveyances of the surface fee estate, that
affect the Property; and taxes for 2021 and subsequent years, which Grantee assumes and agrees
to pay.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the
Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property,
together with all and singular the rights and appurtenances thereto in any way belonging, to have
and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds
Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the

Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendors' liens against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

Lender, at Grantee's request, has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of Lender and are transferred to Lender without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.


_____          _____
Bryan T. Masters                          Rebecca C. Masters


STATE OF TEXAS
COUNTY OF COLLIN

This instrument was acknowledged before me on July 1, 2021, by Bryan T. Masters and Rebecca C. Masters.

    (Notary Seal)


Notary Public, State of Texas

HANNAH T JONES
Notary Public, State of Texas
My Comm. Exp. 03/15/2025
Notary ID 636831-6

Prepared by:
Dawn Enoch Moore, P.C.
15770 N. Dallas Parkway, Suite 300
Dallas, TX 75248
214/635-3700

After recording return to:
Nicole Stinson
1201 West Lamar Street
McKinney, TX 75069

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
08/23/2021 02:26:09 PM
$30.00 SCAPELA
20210823001702400



**EXHIBIT**
**A-5**

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

### Closing Information

| | |
|---|---|
| Date Issued | 6/29/2021 |
| Closing Date | 7/1/2021 |
| Disbursement Date | 7/1/2021 |
| Settlement Agent | Allegiance Title McKinney |
| File # | 21120656B-ALMK |
| Property | 1201 W Lamar St<br>Mckinney, TX 75069 |
| Sale Price | $1,565,000 |

### Transaction Information

| | |
|---|---|
| Borrower | Nicole Stinson<br>3528 Marquette St<br>Dallas, TX 75225 |
| Seller | Bryan T. Masters<br>1201 West Lamar Street<br>Mc Kinney, TX 75069 |
| Lender | City Bank Mortgage |

### Loan Information

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Purchase |
| Product | 7/1 Adjustable Rate |
| Loan Type | [X] Conventional  ☐ FHA<br>☐ VA  _____ |
| Loan ID # | 95017815 |
| MIC # | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $765,000 | **NO** |
| **Interest Rate** | 3.75 % | **YES** • Adjusts **every year** starting in year 8<br>• Can go as high as **8.75%** in year 10<br>• See AIR Table on page 4 for details |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $3,542.83 | **YES** • Adjusts **every year** starting in year 8<br>• Can go as high as **$5,461** in year 10 |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

## Projected Payments

| Payment Calculation | Years 1-7 | Year 8 | Year 9 | Years 10-30 |
|---|---|---|---|---|
| Principal & Interest | $3,542.83 | $3,543 min<br>$4,280 max | $3,543 min<br>$5,061 max | $3,543 min<br>$5,461 max |
| Mortgage Insurance | + 0 | + 0 | + 0 | + 0 |
| Estimated Escrow<br>*Amount can increase over time* | + 0 | + 0 | + 0 | + 0 |
| **Estimated Total Monthly Payment** | **$3,542.83** | **$3,543–$4,280** | **$3,543–$5,061** | **$3,543–$5,461** |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments**<br><br>*Amount can increase over time*<br>*See page 4 for details* | $1,402.11<br>Monthly | [X] Property Taxes<br>[X] Homeowner's Insurance<br>☐ Other:<br>*See Escrow Account on page 4 for details. You must pay for other property costs separately.* | NO<br>NO |

## Costs at Closing

| | | |
|---|---|---|
| **Closing Costs** | $21,229.35 | Includes $12,165.75 in Loan Costs + $9,632.60 in Other Costs - $569.00 in Lender Credits. *See page 2 for details.* |
| **Cash to Close** | $785,662.18 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* |

## Closing Cost Details

| Loan Costs | | Borrower-Paid | | Seller-Paid | | Paid by Others |
|---|---|---|---|---|---|---|
| | | At Closing | Before Closing | At Closing | Before Closing | |
| **A. Origination Charges** | | **$4,909.00** | | | | |
| 01 % of Loan Amount (Points) | | | | | | |
| 02 Administration Fee | | $995.00 | | | | |
| 03 Origination Fee | | $3,825.00 | | | | |
| 04 Tax Service Fee | | $89.00 | | | | |
| 05 | | | | | | |
| 06 | | | | | | |
| 07 | | | | | | |
| 08 | | | | | | |
| **B. Services Borrower Did Not Shop For** | | **$1,731.45** | | | | |
| 01 Appraisal Fee | to Mark Bondo & Company | $1,300.00 | | | | |
| 02 Credit Report | to Partners Credit & Verification Solutions | $14.45 | | | | |
| 03 Credit Services Fee | to Partners Credit & Verifications | $110.00 | | | | |
| 04 Document Preparation Fee | to Polunsky Beitel Green, LLP | $295.00 | | | | |
| 05 Flood Determination Fee | to CoreLogic Flood Services | $8.00 | | | | |
| 06 Flood Monitoring Fee | to CoreLogic Flood Services | $4.00 | | | | |
| 07 | | | | | | |
| 08 | | | | | | |
| 09 | | | | | | |
| 10 | | | | | | |
| **C. Services Borrower Did Shop For** | | **$5,525.30** | | | | |
| 01 Title - Document Preparation Fee | to Dawn Enoch Moore PC | | | $150.00 | | |
| 02 Title - E-Filing Fee | to Allegiance Title Company | $8.40 | | | | |
| 03 Title - Endorsement T-19 | to Allegiance Title Company | $216.85 | | | | |
| 04 Title - Endorsement T-1R Survey | to Allegiance Title Company | $401.05 | | | | |
| 05 Title - Endorsement T-3 Taxes Not | to Allegiance Title Company | $5.00 | | | | |
| 06 Title - Endorsement T-30 Tax | to Allegiance Title Company | $20.00 | | | | |
| 07 Title - Endorsement T-33 Variable | to Allegiance Title Company | $20.00 | | | | |
| 08 Title - Endorsement T-36 | to Allegiance Title Company | $25.00 | | | | |
| 09 Title - Escrow Fee | to Allegiance Title Company | $490.00 | | $490.00 | | |
| 10 Title - Lender's Title Insurance | to Allegiance Title Company | $4,337.00 | | | | |
| 11 Title - Tax Certificate | to Allegiance Title Company | | | $64.00 | | |
| 12 Title - Texas Title Policy Guaranty | to Texas Title Ins Guaranty Assn | $2.00 | | $2.00 | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$12,165.75** | | | | |
| Loan Costs Subtotals (A + B + C) | | $12,165.75 | | | | |

| Other Costs | | Borrower-Paid | | Seller-Paid | | Paid by Others |
|---|---|---|---|---|---|---|
| | | At Closing | Before Closing | At Closing | Before Closing | |
| **E. Taxes and Other Government Fees** | | **$140.00** | | | | |
| 01 Recording Fees | Deed: $34.00   Mortgage: $106.00 | $140.00 | | | | |
| 02 | | | | | | |
| **F. Prepaids** | | **$5,708.60** | | | | |
| 01 Homeowner's Insurance Premium (12 mo.) | to LIBERTY MUTUAL | $3,272.00 | | | | |
| 02 Mortgage Insurance Premium ( mo.) | | | | | | |
| 03 Prepaid Interest ( $78.60 per day from 7/1/21 to 8/1/21 ) | | $2,436.60 | | | | |
| 04 Property Taxes ( mo.) | | | | | | |
| 05 | | | | | | |
| **G. Initial Escrow Payment at Closing** | | | | | | |
| 01 Homeowner's Insurance | per month for  mo. | | | | | |
| 02 Mortgage Insurance | per month for  mo. | | | | | |
| 03 Property Taxes | per month for  mo. | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |
| 06 | | | | | | |
| 07 | | | | | | |
| 08 Aggregate Adjustment | | $0.00 | | | | |
| **H. Other** | | **$3,784.00** | | | | |
| 01 Home Warranty | to American Home Shield | | | $728.00 | | |
| 02 Real Estate Commission | to Lisa Lee Real Estate | | | $15,650.00 | | |
| 03 Real Estate Commission | to Compass RE Texas | | | $46,950.00 | | |
| 04 Title - Owner's Title Insurance (optional) | to Allegiance Title Company | $3,784.00 | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$9,632.60** | | | | |
| Other Costs Subtotals (E + F + G + H) | | $9,632.60 | | | | |

| J. TOTAL CLOSING COSTS (Borrower-Paid) | | Borrower-Paid | | Seller-Paid | | Paid by Others |
|---|---|---|---|---|---|---|
| | | **$21,229.35** | | | | |
| Closing Cost Subtotals (D + I) | | $21,798.35 | | $64,034.00 | | |
| Lender Credits (Includes $569.00 credit for increase in Closing Costs above legal limit) | | -$569.00 | | | | |

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Total Closing Costs (J) | $21,174.00 | $21,229.35 | YES · See Total Loan Costs (D) and Total Other Costs (I). · Increase exceeds legal limits by $569.00. See Lender Credits on page 2 for credit of excess amount. |
| Closing Costs Paid Before Closing | $0 | $0 | NO |
| Closing Costs Financed (Paid from your Loan Amount) | $0 | $0 | NO |
| Down Payment/Funds from Borrower | $852,751.00 | $818,122.92 | YES · You decreased this payment. |
| Deposit | $0 | -$20,000.00 | YES · You increased this payment. See Deposit in Section L. |
| Funds for Borrower | $0 | $0 | NO |
| Seller Credits | -$8,021.00 | -$18,156.00 | YES · See Seller-Paid column on page 2 and Seller Credits in Section L. |
| Adjustments and Other Credits | $0 | -$15,534.09 | YES · See details in Section L. |
| **Cash to Close** | **$865,904.00** | **$785,662.18** | |

## Summaries of Transactions

Use this table to see a summary of your transaction.

### BORROWER'S TRANSACTION

| K. Due from Borrower at Closing | $1,604,352.27 |
|---|---|
| 01 Sale Price of Property | $1,565,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 Closing Costs Paid at Closing (J) | $21,229.35 |
| 04 SYNCB/GAPDC | $18,122.92 |
| **Adjustments** | |
| 05 | |
| 06 | |
| 07 | |

| Adjustments for Items Paid by Seller in Advance | |
|---|---|
| 08 City/Town Taxes to | |
| 09 County Taxes to | |
| 10 Assessments to | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |

| L. Paid Already by or on Behalf of Borrower at Closing | $818,690.09 |
|---|---|
| 01 Deposit | $20,000.00 |
| 02 Loan Amount | $765,000.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 | |
| 05 Seller Credit | $18,156.00 |
| **Other Credits** | |
| 06 | |
| 07 | |
| **Adjustments** | |
| 08 Seller paid OTP | $8,021.00 |
| 09 Option Fee | $755.00 |
| 10 | |
| 11 | |

| Adjustments for Items Unpaid by Seller | |
|---|---|
| 12 City/Town Taxes to | |
| 13 County Taxes 01/01/21 to 07/01/21 | $6,758.09 |
| 14 Assessments to | |
| 15 | |
| 16 | |
| 17 | |

| CALCULATION | |
|---|---|
| Total Due from Borrower at Closing (K) | $1,604,352.27 |
| Total Paid Already by or on Behalf of Borrower at Closing (L) | -$818,690.09 |
| **Cash to Close** ☒ From ☐ To Borrower | **$785,662.18** |

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | $1,565,000.00 |
|---|---|
| 01 Sale Price of Property | $1,565,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |

| Adjustments for Items Paid by Seller in Advance | |
|---|---|
| 09 City/Town Taxes to | |
| 10 County Taxes to | |
| 11 Assessments to | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | $636,877.19 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $64,034.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan | $539,908.10 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | $18,156.00 |
| 09 Seller paid OTP | $8,021.00 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |

| Adjustments for Items Unpaid by Seller | |
|---|---|
| 14 City/Town Taxes to | |
| 15 County Taxes 01/01/21 to 07/01/21 | $6,758.09 |
| 16 Assessments to | |
| 17 | |
| 18 | |
| 19 | |

| CALCULATION | |
|---|---|
| Total Due to Seller at Closing (M) | $1,565,000.00 |
| Total Due from Seller at Closing (N) | -$636,877.19 |
| **Cash** ☐ From ☒ To Seller | **$928,122.81** |

# Additional Information About This Loan

## Loan Disclosures

### Assumption
If you sell or transfer this property to another person, your lender
- [ ] will allow, under certain conditions, this person to assume this loan on the original terms.
- [x] will not allow assumption of this loan on the original terms.

### Demand Feature
Your loan
- [ ] has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
- [x] does not have a demand feature.

### Late Payment
If your payment is more than  15  days late, your lender will charge a late fee of 5% of the payment.

### Negative Amortization (Increase in Loan Amount)
Under your loan terms, you
- [ ] are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- [ ] may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- [x] do not have a negative amortization feature.

### Partial Payments
Your lender
- [ ] may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- [x] may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- [ ] does not accept any partial payments.

If this loan is sold, your new lender may have a different policy.

### Security Interest
You are granting a security interest in
1201 W Lamar St, Mckinney, TX 75069

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

### Escrow Account
For now, your loan
- [ ] will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | | Estimated total amount over year 1 for your escrowed property costs: |
| Non-Escrowed Property Costs over Year 1 | | Estimated total amount over year 1 for your non-escrowed property costs: You may have other property costs. |
| Initial Escrow Payment | | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | | The amount included in your total monthly payment. |

- [x] will not have an escrow account because [x] you declined it [ ] your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | $14,021.10 | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

### In the future,
Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

## Adjustable Interest Rate (AIR) Table

| Index + Margin | WSJPrime + 0.5% |
|---|---|
| Initial Interest Rate | 3.75% |
| Minimum/Maximum Interest Rate | 3.75%/8.75% |
| **Change Frequency** | |
| First Change | Beginning of 85th month |
| Subsequent Changes | Every 12th month after first change |
| **Limits on Interest Rate Changes** | |
| First Change | 2% |
| Subsequent Changes | 2% |

## Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $1,290,024.01 |
| **Finance Charge.** The dollar amount the loan will cost you. | $518,379.66 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $757,042.00 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 3.836 % |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 67.04 % |

 **Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
☒ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

## Contact Information

| | Lender | Mortgage Broker | Real Estate Broker (B) | Real Estate Broker (S) | Settlement Agent |
|---|---|---|---|---|---|
| **Name** | City Bank Mortgage | | Compass RE Texas, LLC | Lisa Lee Real Estate | Allegiance Title McKinney |
| **Address** | 9850 Walnut Hill Lane Suite 413 Dallas, TX 75238 | | 5960 Berkshire Drive Dallas, TX 75225 | 1000 W Virginia St McKinney, TX 75069 | 5591 Virginia Pkwy Suite 100 Mc Kinney, TX 75071 |
| **NMLS ID** | 439822 | | | | |
| **TX License ID** | | | 9006927 | 0663892 | TX1877450 |
| **Contact** | Ron Rosas | | Christine Danuser | Lisa Lee | Hannah Jones |
| **Contact NMLS ID** | 491179 | | | | |
| **Contact TX License ID** | | | 0690775 | 0663892 | TX1881724 |
| **Email** | RosasTeam@city.bank | | christine.danuser@ compass.com | lisa@lisalee.realtor | hjones@allegiancetitle. com |
| **Phone** | 214-233-5123 | | 214-724-3105 | 214-509-8115 | 972-562-9559 |

## Addendum to Closing Disclosure     *This form is a continued statement of final loan terms and closing costs.*

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____     _____
Nicole Stinson                              DATE

_____     _____
Matthew Stinson                             DATE













GEICO

**EXHIBIT**

**A-7**

05

Request a Supplement:
CCC Facility: Use CCC Estimate Share
Non-CCC Facility: partners.geico.com

2280 N Greenville Ave
Richardson, TX 75082
Phone: (800) 841-3000

Claim #:       0291196210101057-08
Workfile ID:               7d118aaa

## Supplement of Record 3 Summary

Written By: DOUGLAS THOMPSON, License Number: ccau, 7/18/2023 3:30:38 PM
Adjuster: CCAU

| | | | | | |
|---|---|---|---|---|---|
| Insured: | Jeffrey Thrift | Owner Policy #: | | Claim #: | 0291196210101057-08 |
| Type of Loss: | Liability | Date of Loss: | 04/04/2022 07:15 AM | Days to Repair: | 15 |
| Point of Impact: | 06 Rear | Deductible: | | | |

| Owner (Claimant): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| Nicole Stinson | 1201 W Lamar St | (469) 236-0576 | THE BODY SHOP |
| 1201 W Lamar St | Mckinney, TX 75069-3731 | | 700 N. MCDONALD ST. |
| Mckinney, TX 75069-3731 | Field | | MCKINNEY, TX 75069 |
| (318) 573-3502 Cellular | (318) 573-3502 Day | | 752338529 Federal ID |
| nikkistinson@mac.com | | | |

## VEHICLE

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| | | | | | |
|---|---|---|---|---|---|
| VIN: | JTMCY7AJ2M4102632 | Production Date: | 12/2020 | Interior Color: | Terra |
| License: | PRN7864 | Odometer: | 12005 | Exterior Color: | Midnight Black Metal |
| State: | TX | Condition: | | | |

| | | | |
|---|---|---|---|
| TRANSMISSION | POSITRACTION | PASSENGER AIR BAG | REAR HEATED SEATS |
| AUTOMATIC TRANSMISSION | BLIND SPOT DETECTION | FRONT SIDE IMPACT AIR BAGS | RETRACTABLE SEATS |
| 4 WHEEL DRIVE | LANE DEPARTURE WARNING | HEAD/CURTAIN AIR BAGS | 3RD ROW SEAT |
| DRIVER CONVENIENCE | ALARM | REAR SIDE IMPACT AIR BAGS | REAR CONVENIENCE |
| KEYLESS ENTRY | AIR CONDITIONING | PAINT | DUAL AIR CONDITIONING |
| POWER DRIVER SEAT | CLIMATE CONTROL | CLEARCOAT PAINT | DECOR |
| POWER WINDOWS | REAR DEFOGGER | FRONT END | LUGGAGE/ROOF RACK |
| POWER LOCKS | HANDS FREE DEVICE | FOG LAMPS | BODY SIDE MOLDINGS |
| POWER MIRRORS | COMMUNICATION SYSTEM | HEADLAMP WASHERS | RUNNING BOARDS/SIDE STEPS |
| HEATED MIRRORS | WOOD INTERIOR TRIM | XENON OR L.E.D. HEADLAMPS | REAR END |
| POWER TRUNK/LIFTGATE | NAVIGATION SYSTEM | CALIFORNIA EMISSIONS | PARKING SENSORS |
| CRUISE CONTROL | RADIO | POWER STEERING | BACKUP CAMERA |
| INTELLIGENT CRUISE | AM RADIO | POWER BRAKES | SURROUND VIEW CAMERA |
| INTERMITTENT WIPERS | FM RADIO | ANTI-LOCK BRAKES (4) | REAR WINDOW WIPER |
| TILT WHEEL | STEREO | GLASS & MIRRORS | REAR SPOILER |
| TELESCOPIC WHEEL | SEARCH/SEEK | DUAL MIRRORS | WHEELS |
| HEATED STEERING WHEEL | CD PLAYER | SIGNAL INTEGRATED MIRRORS | 4-WHEEL DISC BRAKES |

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| | | | |
|---|---|---|---|
| STEERING WHEEL TOUCH CONTROLS | AUXILIARY AUDIO CONNECTION | PRIVACY GLASS | ALUMINUM/ALLOY WHEELS |
| CONSOLE/STORAGE | PREMIUM RADIO | SEATS | TRUCK & TOWING |
| OVERHEAD CONSOLE | SATELLITE RADIO | LEATHER SEATS | REAR STEP BUMPER |
| HOME LINK | ROOF | BUCKET SEATS | TRAILER HITCH |
| INSTRUMENT PANEL | ELECTRIC GLASS ROOF | POWER PASSENGER SEAT | TRAILERING PACKAGE |
| TRACTION CONTROL | SAFETY | VENTILATED SEATS | |
| STABILITY CONTROL | DRIVERS SIDE AIR BAG | HEATED SEATS | |

Case 24-40755   Doc 34-1   Filed 07/29/24   Entered 07/29/24 15:30:20   Desc Exhibit
A - Declaration of Matthew T. Stinson   Page 30 of 41

0291196210101057-08
Workfile ID:                                          7d118aaa

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | # | S03 | | | | | | | |
| 2 | # | S03 | | | | | | | |
| 3 | # | S01 | | Mech Rate Adjustment | | 1 | 213.00 X | | |
| | | | | NOTE: Negotiated Total Work for: | | | | | |
| | | | | 21.3 hrs. @ $85 = $1810.50 - $75.00 @ 21.3 hours = $1597.50 = $213.00 | | | | | |
| 4 | # | S03 | Subl | *brake replacement* | | 1 | 786.28 X | | |
| | | | | NOTE: shot stated that brakes overheated from hard braking during accident. invoice in file. | | | | | |
| 5 | | MISCELLANEOUS OPERATIONS | | | | | | | |
| 6 | # | S01 | | Flex Additive | | 1 | 5.00 | | |
| 7 | # | S01 | | Cover Car | | 1 | 5.00 | | |
| 8 | # | S01 | | Restore Corrosion Protection | | 1 | 10.00 T | 0.2 | |
| 9 | # | S01 | | Seam sealer | | 1 | 25.00 T | 1.0 | |
| | | | | NOTE: Numerous areas of sealer copmpromised on lower QTR and rear body panel. | | | | | |
| 10 | # | S02 | Subl | Suspension Alignment | | 1 | 85.00 X | | |
| | | | | NOTE: Suspenson alignment warranted due to body/frame disconnect. Suspension loosened and disconnected in areas for access. | | | | | |
| 11 | | VEHICLE DIAGNOSTICS | | | | | | | |
| 12 | * | S01 | Rpr | Pre-repair scan | | | | m | 0.5 M |
| 13 | * | S01 | Rpr | Post-repair scan | | | | m | 0.5 M |
| 14 | * | S02 | Repl | ADAS recalibration +25% | | 1 | 618.56 X m | | M |
| | | | | NOTE: Pending invoice. | | | | | |
| | | | | Blind spot monitoring system, park sensors, front radar. | | | | | |
| | | | | ***Sup2*** | | | | | |
| | | | | Invoice provided for recalibration. Invoice at shop cost. Markup applies. Invoice in file photos. | | | | | |
| 15 | | REAR BUMPER | | | | | | | |
| 16 | | | | O/H rear bumper | | | | 2.3 | |
| 17 | | | Repl | Bumper cover | 521596A940 | 1 | 352.52 | Incl. | 3.2 |
| | | | | NOTE: torn on left side | | | | | |
| 18 | | | | Add for Clear Coat | | | | | 1.3 |
| 19 | | | | Add for park sensor | | | | m | 0.4 |
| 20 | | | Repl | Step plate | 5216260040 | 1 | 260.29 | Incl. | |
| | | | | NOTE: damaged | | | | | |
| 21 | * | | Repl | Access cover black | 5216960190C1 | 1 | 121.08 | Incl. | 0.0 |
| | | | | NOTE: part comes painted from mfr | | | | | |
| 22 | | | Repl | LT Reflector | 8149060080 | 1 | 121.83 | Incl. | |
| | | | | NOTE: broken out | | | | | |
| 23 | | S01 | Repl | LT Side support screw | 9008015077 | 3 | 3.63 | | |
| | | | | NOTE: Missing | | | | | |
| 24 | * | S01 | Repl | LT Inner Park sensor black | 8934160051C1 | 1 | 208.42 m | 0.2 | 0.0 |
| | | | | NOTE: Direct impact to sensor face. | | | | | |
| 25 | * | S01 | Repl | LT Outer Park sensor black | 8934160051C1 | 1 | 208.42 m | 0.2 | 0.0 |

Case 24-40755   Doc 34-1   Filed 07/29/24   Entered 07/29/24 15:30:20   Desc Exhibit
A - Declaration of Matthew T. Stinson   Page 31 of 41

0291196210101057-08

Workfile ID:                                                              7d118aaa

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NOTE: Missing | | | | | |
| 26 | # | S02 | Repl | Park sensor harness +25% | | 1 | 537.50 X | Incl. | |
| | | | | NOTE: Harness torn. Missing outer connector. | | | | | |
| | | | | ***************** | | | | | |
| | | | | ***Sup2*** | | | | | |
| | | | | Harness on national backorder with no ETA. Harness required for vehicle function and delivery. Shop sublet to vendor who recreated harness under approval from original adjuster. Approval and notes in photos in file. | | | | | |
| | | | | Invoice for sublet harness creation in file. Invoice at shop cost. Markup applies for parts and labor. | | | | | |
| 27 | | S01 | Repl | Bumper cover upper bolt | 5249160010 | 5 | 13.80 | | |
| | | | | NOTE: Missing | | | | | |
| 28 | | S01 | Repl | LT Bumper cover grommet | 90189A0002 | 3 | 4.05 | | |
| | | | | NOTE: Missing | | | | | |
| 29 | | S01 | Repl | LT Side support | 5215660070 | 1 | 64.02 | 0.1 | |
| | | | | NOTE: Missing tabs | | | | | |
| 30 | * | S01 | Repl | Impact pad (Absorber) | 5261560081 | 1 | 66.95 | Incl. | |
| | | | | NOTE: Cracked LT side. | | | | | |
| 31 | ** | S01 | Repl | Opt OEM Reinforcement | TO1125100OE | 1 | 43.00 | 0.3 | |
| | | | | NOTE: Lower support mounted to rear crossmember. Buckled/torn metal LT side. | | | | | |
| 32 | | S01 | Repl | LT Blind spot radar | 8816260062 | 1 | 1,103.32 m | 0.2 | |
| | | | | NOTE: Direct impact. Cracked locating bolt tabs. | | | | | |
| 33 | | S01 | Repl | LT Blind spot radar mount bracket | 8817160010 | 1 | 38.13 | | |
| | | | | NOTE: Twisted/buckled. | | | | | |
| 34 | REAR LAMPS | | | | | | | | |
| 35 | | | Repl | LT Tail lamp assy | 8156160B90 | 1 | 401.99 | Incl. | |
| | | | | NOTE: broken | | | | | |
| 36 | | S01 | Repl | LT Retainer | 5256360040 | 1 | 69.07 | | |
| | | | | NOTE: Missing | | | | | |
| 37 | | | R&I | RT Backup lamp assy | 8158160391 | | | Incl. | |
| 38 | | S01 | Repl | LT Backup lamp assy | 8159160391 | 1 | 244.97 | Incl. | |
| | | | | NOTE: Integrated chrome trim cracked in half. Only serviced with lamp. | | | | | |
| 39 | | | R&I | License lmp assy | 8120460020 | | | Incl. | |
| 40 | | S01 | Repl | LT Tail lamp assy cover | 8149860020 | 1 | 19.62 | | |
| | | | | NOTE: Cracked in half. Missing outer edge. | | | | | |
| 41 | | S01 | Repl | LT Tail lamp assy clip | 768170E010 | 1 | 1.95 | | |
| | | | | NOTE: Missing | | | | | |
| 42 | TAIL GATE | | | | | | | | |
| 43 | | S01 | Repl | Tail gate | 6506160511 | 1 | 740.04 | 2.3 | 3.1 |
| 44 | | S01 | | Add for Clear Coat | | | | | 1.2 |
| 45 | ** | S02 | Repl | A/M Nameplate "V8" | 7544560060-AT | 1 | 35.20 | 0.2 | |
| | | | | NOTE: Lettering damaged. R&r required. | | | | | |
| 46 | * | S01 | Repl | RT Hinge | 6611060031 | 1 | 0.00 | 0.0 | 0.0 |
| | | | | NOTE: Possible damage to hinges. Verification needed with new undamaged tailgate and liftgate installed. Unable to determine hinge alignment with damaged components still installed. | | | | | |

Case 24-40755   Doc 34-1   Filed 07/29/24   Entered 07/29/24 15:30:20   Desc Exhibit
A - Declaration of Matthew T. Stinson   Page 32 of 41

0291196210101057-08
Workfile ID:                7d118aaa

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| # | | | | Description | Part # | Qty | Price | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | * | S01 | Repl | LT Hinge | 6612060021 | 1 | 0.00 | | 0.0 | 0.0 |
| | | | | NOTE: Possible damage to hinges. Verification needed with new undamaged tailgate and liftgate installed. Unable to determine hinge alignment with damaged components still installed. | | | | | | |
| 48 | | LIFT GATE | | | | | | | | |
| 49 | | S01 | Repl | Lift gate | 6700560K21 | 1 | 846.94 | | 4.7 | 2.1 |
| | | | | NOTE: Gate twisted and buckled backside. LT side twisted/bent. Gap issues with QTR and roof panel. Panel impacted lower and shifted up LT side only. Rolle dinterior near hinge. Cannot repair as entire assy is bent. Double walled. | | | | | | |
| 50 | | S01 | | Overlap Major Adj. Panel | | | | | | -0.4 |
| 51 | | | | Add for Clear Coat | | | | | | 0.3 |
| 52 | | | | Add for trnsfr glass | | | | | 0.8 | |
| 53 | | | | Add for camera | | | | m | 0.2 | |
| 54 | | | | Add for spoiler | | | | | 0.6 | |
| 55 | # | S01 | Repl | Urethane kit | | 1 | 20.00 | | Incl. | |
| 56 | * | | R&I | Emblem | 9097502099 | | | | 0.2 | |
| 57 | | | R&I | Wiper arm | 8524160200 | | | | 0.2 | |
| 58 | | | Repl | Nameplate "LAND CRUISER" | 7680160341 | 1 | 193.94 | | 0.3 | |
| | | | | NOTE: broken on left side | | | | | | |
| 59 | | | R&I | Spoiler black | 7608560020C1 | | | | 0.6 | |
| 60 | | S01 | Repl | LT Dust seal | 6783760050 | 1 | 2.84 | | | |
| | | | | NOTE: Missing | | | | | | |
| 61 | | S01 | Repl | LT Hinge 1.0mm | 6881060021 | 1 | 46.26 | | 0.3 | 0.3 |
| | | | | NOTE: Twisted. Visibly bent and stretched. Reviewed at vehicle. | | | | | | |
| | | | | LABOR: Time is after lift gate and headliner is removed. | | | | | | |
| 62 | | S01 | | Add for Clear Coat | | | | | | 0.1 |
| 63 | | REAR BODY & FLOOR | | | | | | | | |
| 64 | * | S01 | Rpr | Rear body panel (HSS) | 5830260520 | | | | 2.0 | 0.9 |
| | | | | NOTE: Spot refinish. Time is for dents LT side and for brackets misaligned. | | | | | | |
| 65 | | S01 | | Overlap Major Adj. Panel | | | | | | -0.4 |
| 66 | | S01 | | Add for Clear Coat | | | | | | 0.1 |
| 67 | | S02 | Repl | LT Protector | 5872460070 | 1 | 116.83 | | 0.3 | |
| 68 | | QUARTER PANEL | | | | | | | | |
| 69 | * | S01 | Rpr | LT Lower qtr panel | 6016260B60 | | | | 6.0 | 1.0 |
| | | | | NOTE: Damaged rear area below bumper cover. No damage into upper panel. Spot refinish lower. Refinish into upper not required. | | | | | | |
| 70 | | | | Overlap Major Adj. Panel | | | | | | -0.4 |
| 71 | | | | Add for Clear Coat | | | | | | 0.1 |
| 72 | * | S01 | Rpr | LT Qtr extn | 6162460060 | | | | 3.0 | 0.4 |
| | | | | NOTE: Buckles near blindspot bracket mount. Spot refinish. | | | | | | |
| 73 | | S01 | | Add for Clear Coat | | | | | | 0.1 |
| 74 | | | Repl | LT Pressure vent | 6290460061 | 1 | 121.08 | | 0.2 | |
| | | | | NOTE: damaged | | | | | | |
| 75 | | S01 | Repl | LT Mud guard | 7662660350 | 1 | 82.49 | | Incl. | |
| | | | | NOTE: Missing | | | | | | |

0291196210101057-08
Workfile ID:                                                                    7d118aaa

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 76 | * | S01 | Rpr | Outer wheelhouse | 6163160080 | | | m | 2.0 | 0.4 |
| | | | | NOTE: Spot refinish. Outer tabs bent/damaged. Light buckles into surface. | | | | | |
| 77 | ROOF | | | | | | | | | |
| 78 | * | S01 | R&I | R&I headliner - Drop rear | 6331060X30B0 | | | | 1.5 | |
| | | | | NOTE: See liftgate hinge note. | | | | | |
| 79 | EXHAUST SYSTEM | | | | | | | | | |
| 80 | | S01 | Repl | Resonator & pipe | 1743038600 | 1 | 399.19 | m | 0.5 | |
| | | | | NOTE: Imapcted. Dented and buckled forward. | | | | | |
| 81 | | S02 | Repl | Resonator && pipe hanger front | 1756531050 | 1 | 29.74 | | | |
| | | | | NOTE: Stretched and loose. Unable to be reused. Resonator hangs below factory spec. | | | | | |
| | | | | ***Sup2*** | | | | | |
| | | | | PPI to OEM. NAPA website confirms part#'s in database for NAPA parts do not fit for veh make/model. Photo of NAPA website in file. | | | | | |
| 82 | | S02 | Repl | Resonator && pipe gasket | 9091706093 | 1 | 21.58 | | | |
| | | | | NOTE: Single time use crush style gasket. | | | | | |
| | | | | ***Sup2*** | | | | | |
| | | | | PPI to OEM. NAPA website confirms part#'s in database for NAPA parts do not fit for veh make/model. Photo of NAPA website in file. | | | | | |
| 83 | ELECTRICAL | | | | | | | | | |
| 84 | * | S01 | R&I | D&R Battery | 0054427F60710 | | | m | 0.2 | |
| 85 | FRAME | | | | | | | | | |
| 86 | * | S01 | Repl | Rear crossmember | 5120960200 | 1 | 1,285.78 | | 6.0 | 1.0 |
| | | | | NOTE: Refinish time allwoed to coat and protect weld zones. | | | | | |
| | | | | Lower tabs that mount reinforcement torn/sheared off crossmember LT side. Brackets only serviced with crossmember. | | | | | |
| | | | | Crossmember weldzones circle frame rails RT/LT fully. No access to top side of frame rails for welding while body is still on vehicle. | | | | | |
| | | | | Crossmember R&R after body lifted from frame for access. | | | | | |
| 87 | * | S01 | R&I | Frame assy (UHS) | 5100160J22 | | | | 18.5 | M |
| 88 | AIR CONDITIONER & HEATER | | | | | | | | | |
| 89 | | S01 | Repl | AC Service evacuate & recharge | | 1 | | m | 1.4 | M |
| | | | | NOTE: System evac and recharge required for frame R&I. | | | | | |
| 90 | | S01 | Repl | AC Service refrigerant recovery | | 1 | | m | 0.4 | M |
| 91 | # | S01 | Repl | Coolant | | 2 | 59.90 | | | |
| | | | | NOTE: Coolant system required draining due to frame R&I. Replacement coolant warranted. | | | | | |
| 92 | FRONT BUMPER | | | | | | | | | |
| 93 | | S02 | | O/H bumper assy | NONE | | | | 3.2 | |
| 94 | | S02 | Repl | Bumper cover | 521196B948 | 1 | 301.84 | | Incl. | 3.0 |
| | | | | NOTE: More cost effective to replace. Discussed repair time with tech. Repairs possible for 6 hours. A/M cover available at a more cost effective rate. | | | | | |
| | | | | Front bumper scratches and scrapes deep into surface. Significant material gouged out an dmissing. Bumper thin and almost torn in multiple areas. Impact marks backside of cover. | | | | | |
| | | | | ***Sup2*** | | | | | |
| | | | | Confirmed with original vendor ProParts. Parts no longer in stock and havent been in stock for some time. | | | | | |

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

|    |              | Databse and listing incorrect. PPI to OE authorized. |   |      |      |      |
|----|--------------|------------------------------------------------------|---|------|------|------|
| 95 | S01          | Add for Clear Coat                                   |   |      |      | 1.2  |
| 96 | S01          | Add for park sensor                                  | m | 0.3  |      |      |
| 97 | OTHER CHARGES |                                                     |   |      |      |      |
| 98 | #            | E.P.C.                                               | 1 | 2.50 |      |      |
|    |              | SUBTOTALS                                            |   | 9,938.55 | 61.8 | 18.6 |

## NOTES

Prior Damage Notes:
Ding RT QTR panel
Ding/chip center of LT QTR panel
Rock chip shood and front bumper

## ESTIMATE TOTALS

| Category            | Basis        |    | Rate         | Cost $    |
|---------------------|--------------|----|--------------|-----------|
| Parts               |              |    |              | 7,660.71  |
| Body Labor          | 40.5 hrs     | @  | $ 52.00 /hr  | 2,106.00  |
| Paint Labor         | 18.6 hrs     | @  | $ 52.00 /hr  | 967.20    |
| Mechanical Labor    | 21.3 hrs     | @  | $ 75.00 /hr  | 1,597.50  |
| Paint Supplies      | 18.6 hrs     | @  | $ 38.00 /hr  | 706.80    |
| Miscellaneous       |              |    |              | 2,275.34  |
| Other Charges       |              |    |              | 2.50      |
| Subtotal            |              |    |              | 15,316.05 |
| Sales Tax           | $ 8,402.51   | @  | 8.2500 %     | 693.21    |
| Total Cost of Repairs |            |    |              | 16,009.26 |
| Total Adjustments   |              |    |              | 0.00      |
| Net Cost of Repairs |              |    |              | 16,009.26 |

Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

## SUPPLEMENT SUMMARY

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|------|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | | |
| 2 | # | S01 | | | | | | | |
| 4 | # | S03 | Subl | *brake replacement* | | 1 | 786.28 X | | |
| | | | | NOTE: shot stated that brakes overheated from hard braking during accident. invoice in file. | | | | | |
| **Added Items** | | | | | | | | | |
| 1 | # | S03 | | | | | | | |
| 2 | # | S03 | | | | | | | |
| | | | | | SUBTOTALS | | 786.28 | 0.0 | 0.0 |

## NOTES

Prior Damage Notes:
Ding RT QTR panel
Ding/chip center of LT QTR panel
Rock chip shood and front bumper

### TOTALS SUMMARY

| Category | Basis | Rate | Cost $ |
|----------|-------|------|--------|
| Parts | | | 0.00 |
| Miscellaneous | | | 786.28 |
| Subtotal | | | 786.28 |
| Total Supplement Amount | | | 786.28 |
| NET COST OF SUPPLEMENT | | | 786.28 |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 4,401.36 | DOUGLAS THOMPSON |
| Supplement S01 | 9,366.09 | SCOTT YOUNG |
| Supplement S02 | 1,455.53 | SCOTT YOUNG |
| Supplement S03 | 786.28 | DOUGLAS THOMPSON |
| Workfile Total: | $  16,009.26 | |
| NET COST OF REPAIRS: | $  16,009.26 | |

Workfile ID:                    0291196210101057-08
                                                      7d118aaa

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

This is not an authorization to repair.

All GEICO customers have the right to have their vehicle repaired in the shop of their choice.

No Supplement will be honored unless authorized by GEICO.

NOTICE: Vehicles constructed of special metals may require the use of specialized welding and bonding equipment. Proper measuring and structural repair systems are required on today's vehicle to accurately accomplish vehicle repairs.  Make sure your shop has the proper equipment to repair your vehicle.

ALTERNATE PARTS DISCLAIMER:
IF A QUALITY REPLACEMENT PART (A/M, LKQ, RECOND OR OPT OEM) APPEARS ON THIS ESTIMATE, IT INDICATES THAT THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. GUARANTEES, IF ANY, APPLICABLE TO THESE REPLACEMENT CRASH PARTS ARE PROVIDED BY THE PART MANUFACTURER OR DISTRIBUTOR RATHER THAN BY THE MANUFACTURER OF YOUR VEHICLE.

***IN ADDITION TO ANY SUCH GUARANTEES, GEICO PROVIDES THE FOLLOWING:
****OWNER LIMITED GUARANTEE**** WE GUARANTEE THAT ALL QUALITY REPLACEMENT BODY PARTS (PARTS NOT MANUFACTURED BY THE MANUFACTURER) IDENTIFIED ON YOUR ESTIMATE, ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS.  THIS PARTS AND LABOR GUARANTEE WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS GUARANTEE COVERS THE COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT AND MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS.  THIS GUARANTEE DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS.  THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP, CONTACT YOUR LOCAL GEICO REPRESENTATIVE.

Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless otherwise noted, (a) all items are derived from the Guide ARM8419, CCC Data Date 07/11/2023, and potentially other third party sources of data; and (b) the parts presented are OEM-parts.  OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution.  OEM parts are available at OE/Vehicle dealerships or the specified supplier.  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.   Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS.  Used parts are described as LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.

Some 2023 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category. M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel. CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel. HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.   Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty=Quantity.  Refn=Refinish.  Repl=Replace. R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel. Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

## Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

## ALTERNATE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 31 | KEYSTONE-DALLAS, TX | #TO1125100OE | $ 43.00 |
|  | 4003 GRAND LAKES WAY | Opt OEM Reinforcement |  |
|  | GRAND PRAIRIE TX 75050 | Quote: 1247301092 |  |
|  | (972) 764-2272 | Expires: 06/02/22 |  |
| 45 | Adhesive Templates (Adhesive Only) | #7544560060-AT | $ 35.20 |
|  | 4717 CAMPUS DR | A/M Nameplate "V8" |  |
|  | KALAMAZOO MI 49008 | Quote: 1252661296 |  |
|  | (888) 249-3350 | Expires: 07/05/22 |  |

Page 9 of 41
Workfile ID:                    0291196210101057-08
7d118aaa

Supplement of Record 3 Summary

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

## ALTERNATE PARTS USAGE

2021 TOYO Land Cruiser 4WD 4D UTV 8-5.7L Gasoline Sequential MPI Midnight Black Metal

| | | | | | |
|---|---|---|---|---|---|
| VIN: | JTMCY7AJ2M4102632 | Production Date: | 12/2020 | Interior Color: | Terra |
| License: | PRN7864 | Odometer: | 12005 | Exterior Color: | Midnight Black Metal |
| State: | TX | Condition: | | | |

| Alternate Part Type | # Of Available Parts | # Of Parts Selected |
|---|---|---|
| Aftermarket | 3 | 1 |
| Optional OEM | 2 | 1 |
| Reconditioned | 0 | 0 |
| Recycled | 0 | 0 |

EXHIBIT
A-8



HANSEN PRICE
Insurance Claim Valuations

Home    Auto Consumer    Auto Body Shops    Attorneys    DV Calculator    About Us    Contact Us



# Diminshed Value Calculator

## Diminished Value In All 50 States

Every vehicle loses value after an accident, regardless of how well it was repaired. This loss in value, known as "DV," is often owed to the car owner by the insurance company covering the claim. We help you recover these funds.

## Our 3 Step Process



### I. Vehicle & Accident Assessment

Your time and money are valuable. We'll quickly assess if your vehicle's DV value is worth pursuing. Older cars, smaller repairs, or vehicles in previous accidents may have such a low DV, that it is not worth the cost or effort to pursue.

**Estimated Dimished Value Calculator**

## RESULTS

**MAKE:** TOYOTA
**YEAR:** 2021
**PURCHASE PRICE:** $85,000
**REPAIR COST:** $16,000

**ESTIMATED DIMINISHED VALUE:**
$15,300

**Need more assistance?** Call us at 888-706-4530



